# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

SARAH WILLIAMS,

      Plaintiff,

   vs.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

Case No. 7:13-cv-9

STIPULATION TO DISMISS

     Now come the Plaintiff, SARAH WILLIAMS, and the Defendant, NCO FINANCIAL SYSTEMS, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, subject to the terms of a settlement agreement reached between the parties.

| | |
|---|---|
| */s/ Mitchel E. Luxenburg* | */s/ Amy L. Rich* |
| Mitchel E. Luxenburg (42021) | Amy L. Rich |
| Luxenburg & Levin, LLC | Doughton Rich Blancato PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 23875 Commerce Park | 633 W. Fourth Street |
| Suite 105 | Suite 150 |
| Beachwood, OH 44122 | Winston-Salem NC 27101 |
| (888) 493-0770, ext. 301 | (336) 725-9416 |
| mitch@luxenburglevin.com | arich@drbattorneys.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)